UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nutramax Laboratories, Inc., et al.,

        Plaintiff

  v.

Cyberzenn, LLC, et al.,

        Defendants

Case No. 2:23-cv-01883-CDS-DJA

**Order Requiring Plaintiffs to Serve Notice of Hearing**

Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, Nutramax) filed a motion for an injunction to permanently enjoin defendants Cyberzenn, LLC, Raychel Gonzalez, and Darina Beckett from unlawfully interfering with Nutramax's contractual relationships with its authorized resellers and from infringing Nutramax's trademarks in connection with the sale and distribution of unauthorized Nutramax products. ECF No. 16. Nutramax also moves for default judgment against defendants because each defendant has failed to plead or otherwise defend in this matter. *Id*. The motions are scheduled to be heard on May 2, 2024 at 10:00 a.m. Min. order, ECF No. 17.

Nutramax is hereby ordered to serve defendants with this order as soon as practicable. Under this district's Local Rules, service of documents in paper form is required, even if the document is electronically filed, when a document is served on non-filers. LR IC 4-1(c)(6). And "[p]arties and attorneys who are not filers must be served conventionally under applicable Federal Rules, statutes, or court orders." *Id*. at (b). Federal Rule of Civil Procedure 5(b)(C) states that paper service is proper by "mailing it to the person's last known address—in which event service is complete upon mailing." Nutramax must file proof of service by mail no later than May 1, 2024.

Dated: April 17, 2024

_____
Cristina D. Silva
United States District Judge