UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nutramax Laboratories, Inc., et al.,

          Plaintiffs

v.

Cyberzenn, LLC, et al.

          Defendants

Case No. 2:23-cv-01883-CDS-DJA

**Order Directing Entry of Default Judgment**

Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. moved for default judgment against defendants Cyberzenn, LLC, Raychel Gonzalez, and Darina Beckett because each defendant failed to plead or otherwise defend this matter. Mot. for default j., ECF No. 15. The motion was set for hearing and Nutramax provided defendants notice of the hearing on April 18, 2024. Cert. of service, ECF No. 19. Defendants failed to appear at the April 30, 2024, hearing. Mins. of proceedings, ECF No. 22. After considering Federal Rule of Civil Procedure 55, the *Eitel* factors,[1] and with no opposition by the defendants, the court found good cause to enter default judgment in favor of Nutramax. Order, ECF No. 23. This order, which merely instructs the clerk to enter judgment, is a supplement to the permanent injunction and default judgment order issued on May 9, 2024.

### Conclusion

The Clerk of Court is kindly directed to enter default judgment against defendants Cyberzenn, LLC, Raychel Gonzalez, and Darina Beckett and in favor of plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., and to close this case.

Dated: February 19, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986).