AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Nutramax Laboratories, Inc., et al.,

                Plaintiff,

    v.

Cyberzenn, LLC, et al.

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01883-CDS-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT is entered without prejudice in favor of Plaintiff's NNutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. and against Defendants Cyberzenn, LLC, Raychel Gonzalez, and Darina Beckett.

2/20/2025
Date

DEBRA K. KEMPI
Clerk

/s/ JG
Deputy Clerk